IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN HOLLON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>INDUSTRIAL PAINTING LTD, INC., )<br>)<br>Defendant. ) | Case No. 3:14-cv-02272<br>Senior Judge Haynes |

# O R D E R

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 33). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party shall bear their own discretionary costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge